UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA RUIZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., et al.,<br><br>　　　　　Defendants. | Case No. 24-cv-03624-SK<br><br>**ORDER TO SHOW CAUSE; ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The deadline to file a joint case management statement was November 25, 2024. (Dkt. No. 35.) Defendants' counsel declares that he attempted to meet and confer with Plaintiff's counsel but did not receive a response. (Dkt. No. 46.) The Court notes that Defendants' counsel contacted Plaintiff's counsel on the date of the deadline and only gave Plaintiff's counsel approximately four hours to respond, (*id.*) which is not a model of preparation. That being said, Plaintiff failed to submit any case management statement and was independently obliged to meet and confer with Defendants. Plaintiff's conduct violates this Court's local rules. *See* Civ. L. R. 16-9(a).

Plaintiff is HEREBY ordered to show cause why monetary sanctions of $250 should not be imposed for failure to abide by the Court's deadline. Plaintiff shall file a written response on or before January 21, 2025. The Court also HEREBY continues the case management conference currently set for December 2, 2024 to January 27, 2025. The updated joint case management statement is due January 21, 2025.

**IT IS SO ORDERED**.

Dated: November 26, 2024



SALLIE KIM
United States Magistrate Judge